THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* THE CITY ISLAND LAND AND DOCK COMPANY et al., Respondents.

(Argued February 10, 1931; decided February 19, 1931.)

*John J. Bennett, Jr.,* Attorney-General (*Eugene L. Brisach* and *Francis X. Disney* of counsel), for appellant.

*John A. Kelly* and *Walter S. Throop* for City Island Land and Dock Company, respondent.

*Ralph C. Taylor* and *William B. Ewing* for Charles Wiehe et al., respondents.

*Charles J. Nehrbas* for Archer M. Huntington et al., respondents.

*William Ascher* for Martin J. F. Scurry, respondent.
*Eugene E. Kelly* for Louise Wigger, respondent.
*Edward J. Martin* for Ernest Johnson et al., respondents.
*Henry W. Baird* for Charles A. McAllister et al., respondents.
*David Carll* for Robert Jacob, Inc., et al., respondents.
*H. Schieffelin Sayers* and *William Harvey Smith* for Broad Channel Corporation et al., respondents.

Judgment affirmed, with separate bills of costs to the defendants appearing by separate attorneys and filing briefs in this court; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.